E-SERVED Baltimore City Circuit Court 7/22/2024 9:50 AM System SystemEnvelope:17291496

E-FILED; Baltimore City Circuit Court
Docket: 7/22/2024 9:50 AM; Submission: 7/22/2024 9:50 AM
Envelope: 17291496

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** CVS, INC.
S/O: ROBIN L. MORSE
1104 VALEN COURT
WESTMINSTER, MD 21157

| | |
|---|---|
| **Case Number:** | C-24-CV-24-001443 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**MONICA RASINSKI VS. MARYLAND CVS PHARMACY, L.L.C., ET AL.**

Issue Date: 7/22/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

MONICA A. RASINSKI
1512 Latrobe Park Terrace
Baltimore, MD  21230

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier A. Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)                **Page 1 of 2**                07/22/2024 9:25 AM

Monica Rasinski vs. Maryland CVS Pharmacy, L.L.C., et al.

Circuit Court for Baltimore City

Case Number: C-24-CV-24-001443

## SHERIFF'S RETURN
### (please print)

To:  CVS, INC.

_____ ID# _____ of the _____
            Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                                    Name of person served

on _____ at _____
            Date of service                                              Location of service

_____ by _____ with the following:
                                                    Manner of service

☐ Summons                                          ☐ Counter-Complaint

☐ Complaint                                        ☐ Domestic Case Information Report

☐ Motions                                          ☐ Financial Statement

☐ Petition and Show Cause Order                    ☐ Interrogatories

☐ Other _____
              Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address    ☐ No such address

☐ Address not in jurisdiction          ☐ Other

_____
            Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____        _____
    Date                  Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| **MONICA A. RASINSKI**<br>1512 Latrobe Park Terrace<br>Baltimore, Maryland 21230<br><br>*Plaintiff*<br><br>*v.*<br><br>**MARYLAND CVS PHARMACY, L.L.C.**<br>2405 York Road, Suite 201<br>Lutherville, Maryland 21093<br>    **Serve**:<br>    The Corporation Trust Inc.<br>    2405 York Road, Suite 201<br>    Lutherville, Maryland 21093<br><br>    *and*<br><br>**CVS PHARMACY, INC.**<br>One CVS Drive<br>Woonsocket, Rhode Island 02895<br>    **Serve**:<br>    The Corporation Trust Inc.<br>    2405 York Road, Suite 201<br>    Lutherville, Maryland 21093<br><br>    *and*<br><br>**CVS HEALTH SOLUTIONS LLC**<br>One CVS Drive<br>Woonsocket, Rhode Island 02895<br>    **Serve**:<br>    The Corporation Trust Inc.<br>    2405 York Road, Suite 201<br>    Lutherville, Maryland 21093<br><br>    *and* | Case No. |

**Posner & Cord, LLC**<br>1404 Front Avenue<br>Lutherville, MD 21093<br>(410) 252-0600<br>(443) 578-4687 (fax)<br>www.posnercord.com

-1-

**CVS, INC.**
15120 Black Ankle Road
Frederick City, Mt. Airy, Maryland 21771
    **Serve**:
    Robin L. Morse
    1104 Valen Court
    Westminster, Maryland 21157

*and*

**CVS, LLC**
8341 Beechcraft Drive
Gaithersburg, Maryland 20879
    **Serve**:
    Kam Wong
    8341 Beechcraft Drive
    Gaithersburg, Maryland 20879

*and*

**CVS PHARMACY NO. 5381**
1000 S. Charles Street
Baltimore, Maryland 21230
    **Serve**:
    Resident Agent
    1000 S. Charles Street
    Baltimore, Maryland 21230

*and*

**CVS CAREMARK ADVANCED TECHNOLOGY PHARMACY, L.L.C.**
1780 Wall Street
Mt. Prospect, Illinois 60056
    **Serve**:
    The Corporation Trust Inc.
    2405 York Road, Suite 201
    Lutherville, Maryland 21093

*and*

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**MAIN STREET PHARMACY, L.L.C.**
7 East Lee Street
Baltimore, Maryland 21202
  **Serve**:
  The Corporation Trust Inc.
  2405 York Road, Suite 201
  Lutherville, Maryland 21093

  *and*

**CVS HEALTH CORPORATION**
One CVS Drive
Woonsocket, Rhode Island 02895
  **Serve**:
  The Corporation Trust Company
  1209 Orange Street
  Wilmington, Delaware 19801

  *and*

**PROCARE PHARMACY, L.L.C.**
One CVS Drive
Woonsocket, Rhode Island 02895
  **Serve**:
  The Corporation Trust Inc.
  2405 York Road, Suite 201
  Lutherville, Maryland 21093

      *Defendants*

## COMPLAINT

Plaintiff Monica A. Rasinski, through counsel, John J. Cord and Posner & Cord, LLC, and for causes of action, sues Defendants Maryland CVS Pharmacy, L.L.C.; CVS Pharmacy, Inc.; CVS Health Solutions LLC; CVS, Inc.; CVS, LLC; CVS Pharmacy No. 5381; CVS Caremark Advanced Technology Pharmacy,

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-3-

L.L.C.; Main Street Pharmacy, L.L.C.; CVS Health Corporation; and Procare Pharmacy, L.L.C.; and states as follows:

## JURISDICTION AND VENUE

1.      Venue is appropriate in Baltimore City, Maryland pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 6-201 *et seq.* because the negligence alleged occurred in Baltimore City.

## THE PARTIES

2.      Plaintiff Monica A. Rasinski is a citizen and resident of Baltimore City.

3.      Defendant Maryland CVS Pharmacy, L.L.C. is a corporation with its principal place of business in Baltimore County, which does business in Baltimore City, Maryland.

4.      Defendant CVS Pharmacy, Inc. is a corporation with its principal place of business in Rhode Island, which does business in Baltimore City, Maryland.

5.      Defendant CVS Health Solutions LLC is a corporation with its principal place of business in Rhode Island, which does business in Baltimore City, Maryland.

6.      Defendant CVS, Inc. is a corporation with its principal place of business in Frederick County, Maryland, which does business in Baltimore City, Maryland.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-4-

7.      Defendant CVS, LLC is a corporation with its principal place of business in Montgomery County, Maryland, which does business in Baltimore City, Maryland.

8.      Defendant CVS Pharmacy No. 5381 is a corporation with its principal place of business in Baltimore City, Maryland, which does business in Baltimore City, Maryland.

9.      Defendant CVS Caremark Advanced Technology Pharmacy, L.L.C. is a corporation with its principal place of business in Illinois, which does business in Baltimore City, Maryland.

10.     Defendant Main Street Pharmacy, L.L.C. is a corporation with its principal place of business in Baltimore City, Maryland, which does business in Baltimore City, Maryland.

11.     Defendant CVS Health Corporation is a corporation with its principal place of business in Rhode Island, which does business in Baltimore City, Maryland.

12.     Defendant Procare Pharmacy, L.L.C. is a corporation with its principal place of business in Rhode Island, which does business in Baltimore City, Maryland.

## FACTUAL BACKGROUND

13.     On or about August 20, 2021, Plaintiff was an invitee at Defendants' pharmacy and convenience store located at 1000 S. Charles Street in Baltimore City, Maryland.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-5-

14.    Defendants owned and/or operated the property and business at 1000 S. Charles Street.

15.    One of Defendants' employees was stocking shelves, and left a low-lying bin on the ground at an endcap display.

16.    Plaintiff walked through the store in the aisles, and turned at the end of the aisle.

17.    Plaintiff tripped over the bin that was left by the employee, and fell onto the ground, sustaining injuries.

18.    Plaintiff required extensive medical care, including surgery, and has serious injuries from the fall.

19.    At all times relevant to this incident, Plaintiff Monica A. Rasinski was an invitee of Defendants. As such, Defendants owed a duty to Plaintiff to use reasonable care to inspect and maintain the premises in a safe condition, and to protect Plaintiff from injury caused by an unreasonable risk, that she, through the exercise of ordinary care, would have not discovered on her own.

20.    At all times relevant, Defendants were aware or should have been aware of the bin, as it had been placed by Defendants' employee.

21.    Defendants knew of the condition of the floor.

22.    Defendants had actual or constructive notice of the unsafe condition of the floor.

23.    Plaintiff did not know about the condition of the floor prior to her injury, and had no way to know about the floor's dangerous condition.

Posner & Cord, LLC
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

24.     Plaintiff sustained serious and severe injuries solely as a result of the unsafe condition of Defendants' property.  As a consequence, she has incurred, among other things, damages that include pain, inconvenience, embarrassment, mental anguish, costs of medical treatment and lost wages.

25.     Defendants are at fault for Plaintiff's injury, and are responsible for his injuries.  Plaintiff was acting in a careful and prudent matter without any negligence contributing to her injuries.

26.     Pursuant to Rule 2-304(b), the Plaintiff pleads generally that all conditions precedent o this action have been performed or have occurred.

## COUNT I
### NEGLIGENCE

27.     Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

28.     Defendants had a duty to act reasonably and use due care in the operation of their business and maintenance of their property.  At the date and time of Plaintiff's injury, Defendants, individually and/or through their agents, servants and/or employees, breached that duty and were negligent in the following particulars, among others:

        a.     Failing to properly monitor, supervise and maintain the area of the pathway and vicinity of the bin so as to furnish to Plaintiff a safe path free from hazards which were recognized, or should have been recognized, by the Defendants as causing or likely to cause serious physical harm to Plaintiff and others;

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-7-

b.  Failing to maintain the area in a safe condition to ensure that Plaintiff would not be injured by the unsafe condition of the floor which existed and which was known, or should have been known, to the Defendants;

c.  Failing to properly inspect the floor which caused Plaintiff's injuries;

d.  Failing to timely investigate reports of unsafe conditions or possible defects;

e.  Failing to properly monitor the premises for conditions which posed a danger to Plaintiff and other invitees;

f.  Failing to warn Plaintiff of the dangerous, defective and unsafe condition of the floor;

g.  Failing to maintain the premises owned, operated and maintained by the Defendants in good and safe condition for the Plaintiff and others;

h.  Failing to employ proper and safe protocols for the stocking of shelves and the storage of product;

i.  Failing to otherwise comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations; and

j.  Otherwise failing to exercise the degree of care required under the circumstances.

29.  As a direct result of the negligent conduct, inaction and breach of care by Defendants, Plaintiff sustained the injuries, losses and damages more fully described above, without any contributing negligence of the Plaintiff.

**WHEREFORE**, Plaintiff Monica A. Rasinski demands judgment against Defendants in an amount over $75,000.00, plus costs, pre-judgment interest and post-judgment interest, to be determined by a jury at trial.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-8-

Respectfully submitted,

**POSNER & CORD, LLC**

_/s/ John J. Cord_____

John J. Cord
AIS/CPF No. 0312160144
1404 Front Avenue
Lutherville, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@posnercord.com
www.posnercord.com
*Counsel for Plaintiff*

## RULE 20-201 CERTIFICATE

I certify that this filing does not contain any restricted information.

_/s/ John J. Cord_____
John J. Cord

## REQUEST FOR ISSUANCE OF SUMMONSES

This is an initial filing and Plaintiff requests that the Clerk issue writs of summons for Defendants.

_/s/ John J. Cord_____
John J. Cord
*Counsel for Plaintiff*

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-9-

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| MONICA A. RASINSKI<br><br>*Plaintiff*<br><br>*v.*<br><br>MARYLAND CVS PHARMACY, L.L.C., *et al.*<br><br>*Defendants* | Case No. |

## DEMAND FOR JURY TRIAL

**COME NOW** the Plaintiff, through counsel John J. Cord and Posner & Cord, LLC; and demands a jury trial on all issues pursuant to Maryland Rule 2-325.

Respectfully submitted,

**POSNER & CORD, LLC**

/s/ John J. Cord
John J. Cord
AIS/CPF No. 0312160144
1404 Front Avenue
Lutherville, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@posnercord.com
www.posnercord.com
*Counsel for Plaintiff*

## RULE 20-201 CERTIFICATE

I certify that this filing does not contain any restricted information.

/s/ John J. Cord
John J. Cord

Posner & Cord, LLC
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-1-

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| MONICA A. RASINSKI<br><br>*Plaintiff*<br><br>*v.*<br><br>MARYLAND CVS PHARMACY, L.L.C., *et al.*<br><br>Defendants | Case No. |

## PLAINTIFF'S INTERROGATORIES TO DEFENDANTS

**TO:**   **All Defendants, to be answered individually**

**BY:**   **Monica Rasinski, Plaintiff**

**COMES NOW** Plaintiff, through counsel John J. Cord and Posner & Cord, LLC, and states that the following Interrogatories are addressed to you pursuant to Rule 2-421 of the Maryland Rules of Procedure. You are requested to answer each question separately and completely under oath and in writing and to serve a copy of your answers upon Posner & Cord, LLC; 1404 Front Avenue; Lutherville, Maryland 21093; Counsel for the Plaintiff.

### GUIDELINES

A.      These Interrogatories are continuing in character so as to require you to file supplementary answers from time to time if you obtain different or additional information pertinent to the information requested by these Interrogatories.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-1-

B.    Where the name or identity of a person is requested, please state that person's full name, home address, telephone number, employer, business address and business telephone number if known to you.

C.    Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

D.    Where knowledge, information or possessions of a party are requested, such request includes knowledge of that party's agents, representatives and unless privileged, their counsel. When answer is made by a corporate defendant, state the name, address and title of the persons supplying the information, and making the affidavit, and the source of their authority to answer, as well as the source of their information.

E.    The pronoun "you" refers to the party or parties to whom these Interrogatories are addressed and the persons mentioned in clause (D).

## INTERROGATORIES

**INTERROGATORY NO. 1.**    **Identification:** For the person answering these Interrogatories, state the name, address, title, affiliation with Defendant and the length of time with the Defendant in that position.

**INTERROGATORY NO. 2.**    **Insurance Coverage:** Identify all insurance carriers or self-insured funds, by name, address, policy numbers and policy limits, for any insurance policy or fund which may provide coverage for any judgment entered against you related to this occurrence.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-2-

**INTERROGATORY NO. 3.**    **Negligence:** Identify any person or entity not already named as a party to this lawsuit whom you contend caused or contributed to the occurrence complained of, including any architect, engineer, designer, contractor, subcontractor or others, and give a concise statement of the facts upon which you rely in support of your contention.

**INTERROGATORY NO. 4.**    **Expert Witnesses:** State the name, business address, home address, telephone number, and area of expertise of all experts whom you propose to call as witnesses at trial or whose opinions you intend to utilize at the trial of this matter.  For each expert state the amount of compensation paid, the subject matter on which the expert is expected to testify, the expert's opinions and the factual basis for their opinions.

**INTERROGATORY NO. 5.**    **Documents:**  Identify any documents and recordings including, but not limited to, pictures, photographs, PowerPoint presentations for use at trial, demonstrative exhibits, computer generated exhibits, electronically stored data, visual aids, overlays, employment records, plats, visual recorded images, audio recordings, cassette tapes, transcripts of testimony, diagrams and objects relative to the occurrence, the scene of the occurrence, Plaintiff's physical condition or statements made by any party or witness. Identify the substance of the item, the date obtained, what is depicted within the item, and the name and address of the present custodian of each item.

**INTERROGATORY NO. 6.**    **Statements:** If you, your insurance carrier, private investigator, or any other person or entity is in possession of any written,

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-3-

oral or recorded statements by any party or person with personal knowledge relative to the occurrence, indicate the date and time each statement was obtained, the name and address of each person who provided the statement, the contents of the statement, and the name and address of the current custodian of the statement.

**INTERROGATORY NO. 7.**    **Plaintiff's Conduct/Statements:** Describe any conduct, comment, conversation, statement, or report made by the Plaintiff or any other person, at the scene of the occurrence or at any time, concerning fault for the occurrence or facts relevant to any issue in this case.  Include in your answer where the conduct, comment, conversation, or statement took place, and in whose presence it was made/observed, as well as the name of the author of such statement, the present custodian of the statement and the address for the custodian.

**INTERROGATORY NO. 8.**    **Procedures:**  Identify any procedures which you followed, at and before the time of the occurrence, concerning the inspection, repair, maintenance, and cleaning of the area where Plaintiff's injuries occurred.

**INTERROGATORY NO. 9.**    **Photographs:**  If you know of the existence of any pictures, photographs, plats, visual recorded images, police reports, diagrams or objects relative to the occurrence, the Plaintiff's physical condition or the scene of the occurrence, identify the substance of such recording and the present custodian of each such item.

Posner & Cord, LLC
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-4-

**INTERROGATORY NO. 10.** **Video:** State whether or not the Premises were equipped with internal or external video surveillance cameras and, if so, whose responsibility it was on the date of the occurrence to monitor the surveillance.

**INTERROGATORY NO. 11.** **Investigators:** If anyone investigated this matter for you including, but not limited to, medical experts, private investigators or insurance adjusters, state their name(s) and address(es), and state whether such investigation was reduced to writing, and the substance of their investigation and findings. If said investigators obtained any signed, recorded, transcribed or oral statement from any individual, identify the person who gave the statement and the present custodian of such statement.

**INTERROGATORY NO. 12.** **People with Personal Knowledge:** Identify any person who has personal knowledge of the facts and circumstances of this case, including investigators or any individual who was an eyewitness, or claims to be an eyewitness, regarding all or part of the occurrence including, but not limited to, witnesses, employees, agents, servants and/or employees, and persons who arrived at the scene after the occurrence. State in your answer the name, address, current telephone number, substance of their knowledge, expected testimony and any lay opinions.

**INTERROGATORY NO. 13.** **Facts of the Occurrence:** Give a detailed statement of how you contend Plaintiff's fall occurred, including what she slipped

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-5-

on, the size of the liquid that she slipped on, where that liquid came from, and how long the liquid was present before her fall.

**INTERROGATORY NO. 14.**    **Interviews:**  Identify each person interviewed concerning the incident.  For each such person state the date of the interview; the substance of the interview and if the interview was recorded and/or transcribed.

**INTERROGATORY NO. 15.**    **Training/Procedures:**  Please describe what training procedures, if any, are followed in the course of training Defendant's employees with regard to invitees on the Premises slipping and/or falling.  This includes any and all written material, slides, photographs, films, videotapes, etc. which Defendant utilizes in training employees.

**INTERROGATORY NO. 16.**    **Warnings:**  Identify any warnings, whether verbal or written (such as by a sign or otherwise) which were given to the Plaintiff specifically, and/or to other invitees to the Premises, in general before the occurrence concerning the condition which caused or contributed to the occurrence.

**INTERROGATORY NO. 17.**    **Admissions:**  Identify any admission(s) or declaration(s) against interest which you contend was made by Plaintiff following the incident in question.

**INTERROGATORY NO. 18.**    **Repair/Warning:**  What efforts were made by the Defendant to correct or warn of the conditions which Plaintiff contends caused her injuries?

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-6-

**INTERROGATORY NO. 19.     Medical Treatment Contention Interrogatory**:  If you contend any of the medical treatment received by the Plaintiff was unreasonable or unnecessary, or any of the bills for the medical treatment were unreasonable or excessive, please state the factual basis for this contention and identify each specific date of treatment and each medical bill that you claim was unreasonable/unnecessary/excessive; and identify all witnesses who will provide testimony on this issue to include any expert witnesses and their opinions.

**INTERROGATORY NO. 20.     Injuries: Contention Interrogatory**:  If you contend that the injuries and/or disabilities now complained of by the Plaintiff were the result of prior or subsequent injuries or illnesses, or not caused by the occurrence referred to in Plaintiff's Complaint, give a detailed statement of the facts upon which you rely, and identify the names of all experts who have provided opinions regarding such contention.

**INTERROGATORY NO. 21.     Maintenance/Cleaning:**  Identify each instance of maintenance and cleaning on the ground where Plaintiff fell, including in your answer the identity of the person and company that conducted the maintenance or cleaning, a description of the action taken by such person, and the date such action was taken.

**INTERROGATORY NO. 22.     Lay Opinion:** State the content of any lay opinion of which you are aware or intend to elicit from any person at trial.  Please

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-7-

indicate the name and address of the person with such opinion and the date and time said opinion was formed.

**INTERROGATORY NO. 23.**    **Employee Actions**:  Describe the actions taken by your employees/agents in the store, upon learning of the spill that Plaintiff alleges caused her fall.

**INTERROGATORY NO. 24.**    **Employees/Vendors**: Identify (by name, last known address, and department worked) of each and every employee and vendor working in the store on the date of Plaintiff's fall.

**INTERROGATORY NO. 25.**    **Business Relationships**: Please state the exact nature of the business relationship between you and every other Defendant, describing in particularity your involvement with the store and property where Plaintiff sustained injuries.

Respectfully submitted,

**POSNER & CORD, LLC**

  /s/ John J. Cord
John J. Cord
*CPF No. 0312160144*
1404 Front Avenue
Lutherville, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@posnercord.com
www.posnercord.com
*Counsel for Plaintiff*

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-8-

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| MONICA A. RASINSKI<br><br>*Plaintiff*<br><br>*v.*<br><br>MARYLAND CVS PHARMACY, L.L.C., *et al.*<br><br>*Defendants* | Case No. |

## PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:**    **All Defendants, to be answered individually**

**BY:**    **Monica Rasinski, Plaintiff**

**COMES NOW** the Plaintiff, through counsel, John J. Cord and Posner & Cord, LLC, and states that the following Requests for Production are addressed to you pursuant to Rule 2-422 of the Maryland Rules of Procedure. You are requested to answer each question separately and completely under oath and in writing and to serve a copy of your answers upon Posner & Cord, LLC; 1404 Front Avenue; Lutherville, Maryland 21093; Counsel for the Plaintiff.

### DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

(a)    The term "person" includes any individual, joint stock company, unincorporated association or society, municipal or other corporation, state, which agency or political subdivision, and court, or any other governmental entity.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-1-

(b)  The terms "you" or "your" include the persons to whom these requests are addressed, and all that person's agents, representatives or attorneys.

(c)  In accordance with the Maryland Rules, the terms "document" or "documents" include all writings, drawings, graphs, charts, photographs, recordings, and any other data computations from which information can be obtained, translated, if necessary (by you), through detection devices, into reasonably usable form.

(d)  The term "occurrence" means the incident complained of in the Plaintiff's Complaint.

REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**  Any document prepared during the regular course of business as a result of the occurrence complained of in Plaintiff's Complaint.

**REQUEST NO. 2:**  Any photographs taken regarding the Plaintiff, the scene, or any other matter relevant to the occurrence.

**REQUEST NO. 3:**  Any video surveillance or imaging of the Plaintiff.

**REQUEST NO. 4:**  All insurance policies including liability, general liability, excess umbrella for the vehicle, and any other insurance that will, or may, cover the occurrence.

**REQUEST NO. 5:**  All documents identified in your Answers to Interrogatories, as well as any documents provided by any party to this lawsuit in their Answers to Interrogatories.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**REQUEST NO. 6:**    All written, recorded, signed statements, or testimony of any party, including the Plaintiff, Defendants, witnesses, investigators or agents, representatives, or employees of the parties concerning the subject matter of this action.

**REQUEST NO. 7:**    All photographs, videotapes or audio tapes, x-rays, diagrams, medical records, surveys or other graphic representations of information concerning the subject matter of this action, the Plaintiff or the area of Plaintiff's fall.

**REQUEST NO. 8:**    All documents received pursuant to subpoena request.

**REQUEST NO. 9:**    Copies of any treatise, standards in the industry, legal authority, rule, case, statute, or code that will be relied upon in the defense of this case.

**REQUEST NO. 10:**    Any contracts between this Defendant and any other Defendant or entity regarding indemnification or contribution for claims arising out of the occurrence.

**REQUEST NO. 11:**    Any releases, Mary Carter agreements, or any other documents which serve to limit, reduce or modify your potential liability in this matter or your potential joint and several share of any judgment that may be entered in this matter.

**REQUEST NO. 12:**    Any documents regarding the existence of insurance coverage for the occurrence, any reservation of rights, or any other documents

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-3-

regarding any insurance coverage that may potentially cover any judgment entered as a result of the occurrence.

**REQUEST NO. 13:**    Any rules, management guidelines, operating guidelines or other similar writing or document that purports to show operating procedures for the management, care, maintenance, repair and service of the premises in question.

**REQUEST NO. 14:**    Copies of any and all statements previously made by Plaintiff concerning the subject matter of this lawsuit, including any written statement, signed or otherwise adopted or approved by Plaintiff, and any stenographic, mechanical, electrical or other type of recording or any transcription thereof made by Plaintiff and contemporaneously recorded.

**REQUEST NO. 15:**    Please produce all documents concerning or informing your Answers to Interrogatories.

**REQUEST NO. 16:**    Any and all drawings, maps or sketches of the scene of the accident which has been made the basis of this lawsuit.

**REQUEST NO. 17:**    All materials including, but not limited to, employee manuals, memoranda and correspondence pertaining to safety rules and/or regulations to be followed by the employees to ensure safety on the premises including, but not limited to, any training films, videotapes and/or DVDs used by the Defendant concerning slips, spills and/or falls.

**REQUEST NO. 18:**    All premises inspection reports or other documents relating to observation or clean-up of the area where Plaintiff fell by any person

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-4-

or entity, including the Defendant, for the premises in question, for the 24 hours before and 24 hours after Plaintiff's injury.

**REQUEST NO. 19:**    Copies of any and all documentation including, but not limited to, clean-up orders, log books, journals and service orders relating to the cleaning and maintenance of the area where Plaintiff fell, which set forth all requests for maintenance of those areas and verification that each request was completed, including the name of the person who requested the work and the name of the employee who carried out the service.

**REQUEST NO. 20:**    Copies of any interviews or statements with alleged witnesses to the incident.

**REQUEST NO. 21:**    A copy any incident report regarding falls by employees, customers or visitors or others in the area where Plaintiff fell from 24 hours before to 24 hours after Plaintiff's injury.

**REQUEST NO. 22:**    All documents authored and/or signed by Plaintiff.

**REQUEST NO. 23:**    All lists kept in the ordinary course of business reflecting the identities of employees and/or vendors who were working at the store on the date of Plaintiff's injury.

**EXPERT WITNESS DOCUMENTATION**

**REQUEST NO. 24:**    All written reports, including drafts, of each expert you intend to call at trial.

**REQUEST NO. 25:**    All notes, correspondence, bills, invoices, diagrams, photographs, medical records, medical bills, medical literature, case studies,

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-5-

research articles, x-rays, or any other documents prepared or reviewed by each expert witness for trial.

**REQUEST NO. 26:**    All bills generated by each expert witness for performing all forensic witness services for Defendant, including but not limited to, the fees for the medical examination, the records review, the pretrial preparation, any telephone conference, any trial testimony anticipated, and any other fee or bill paid by the Defendant for forensic services.

**REQUEST NO. 27:**    Any and all correspondence, including e-mails, etc., exchanged between representatives for the Defendant and each expert.

**REQUEST NO. 28:**    The current fee schedule for each expert.

**REQUEST NO. 29:**    The most recent resume or curriculum vitae of each expert.

**REQUEST NO. 30:**    A list maintained by each expert of that expert's prior testimony by way of deposition or trial testimony.

**REQUEST NO. 31:**    1099 forms for each expert witness sent by any insurance company or law firm that compensated the doctor for forensic work performed for the last two years.

**REQUEST NO. 32:**    Quickbooks, Quicken, Timeslips, or any other accounting documents that demonstrate each expert's fees associated with forensic work.

**REQUEST NO. 33:**    Tax returns for the past three years documenting payments to the expert from any insurance company or law firm.   All other personal information is NOT requested and may be redacted.

Any bills, invoices or other records documenting any amounts paid and/or owed to the expert for performing forensic services.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

Respectfully submitted,

POSNER & CORD, LLC

  /s/ John J. Cord
John J. Cord
*CPF No. 0312160144*
1404 Front Avenue
Lutherville, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@posnercord.com
www.posnercord.com
*Counsel for Plaintiff*

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-7-